JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANDLI COMMUNICATIONS, INC., a Wisconsin corporation; DIGILOG, INC., a Wisconsin corporation; and RAYMOND MANDLI, an individual,<br><br>　　　　Defendants. | Case No. 8:24-cv-02150-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 16]" filed substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Defendant Digilog, Inc. was voluntarily **DISMISSED** on or about January 31, 2025.

3. Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Mandli Communications, Inc. and Raymond Mandli, jointly and severally, in the amount of **$222,229.27** (consisting of the principal amount of $200,756.15; prejudgment interest of $13,255.00; litigation costs of $603.00; and attorneys' fees of $7,615.12).

4. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 14, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE